# Notice Recipients

District/Off: 0971–4　　　User: kstangl　　　Date Created: 1/24/2013
Case: 13–40355　　　Form ID: B9I　　　Total: 45

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Mario Roberto Juarez | 1241 High Street | Oakland, CA 94601 | | |
| ust | Office of the U.S. Trustee/Oak | Office of the U.S. Trustee | 1301 Clay St. #690N | Oakland, CA 94612 | |
| tr | Martha G. Bronitsky | P.O. Box 9077 | Pleasanton, CA 94566 | | |
| aty | Sally J. Elkington | Elkington Law Office | 409 13th St 10th Fl | Oakland, CA 94612 | |
| smg | Labor Commissioner | 1515 Clay St. | Room 801 | Oakland, CA 94612 | |
| smg | State Board of Equalization | Collection Dept. | P.O. Box 942879 | Sacramento, CA 94279 | |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280–0001 | |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812–2952 | |
| 13069170 | American Frist Corporation | 5450 Thornwood Drove Suite P | San Jose, CA 95123 | | |
| 13069172 | Applied Bank | P.O. Box 11170 | Wilmington, DE 19850 | | |
| 13069173 | Ashraf Chandry and Laura Thompson | c/0 Law Office of Edwin Sinman | 220 Bush Street #1600 | San Francisco, CA 94104 | |
| 13069174 | Asset Acceptance | PO Box 407 | Saint Clair, MN 56080 | | |
| 13069175 | Attorney General of the United States | Dept of Justice Civil Trial Section | PO Box 683 | Ben Franklin Station | Washington, DC 20044 |
| 13069176 | Bay Area Credit Services | PO Box 5307 | San Jose, CA 95150 | | |
| 13069177 | California Labor Commissioner | 1515 Clay Street #801 | Oakland, CA 94612 | | |
| 13069178 | Carlos Madrigal | 1036 30th Street | Emeryville, CA 94608 | | |
| 13069179 | Cecilia Mendez | 1079 Sausalito Way | Tracy, CA 95377 | | |
| 13069180 | First National Bank | 500 E 60th Street N | Sioux Falls, SD 57104 | | |
| 13069181 | First Premier Bank | 900 Delaware Avenue #7 | Sioux Falls, SD 57104 | | |
| 13069182 | Folden Enterprises, Inc. | 2111 Lincoln Avenue | San Jose, CA 95125 | | |
| 13069183 | Franchise Tax Board | 1515 Clay Street #3N–305 | Oakland, CA 94612 | | |
| 13069169 | Franchise Tax Board | Special Procedures | P.O. Box 2952 | Sacramento, CA 95812–2952 | |
| 13069186 | HSBC Bank | 1441 Schilling Place | Salinas, CA 93901 | | |
| 13069184 | Hilda Gomez | 2328 Fruitvale Avenue | Oakland, CA 94601 | | |
| 13069185 | Hong Jaqueline Gardner | 632 Via Rialto Road | Oakland, CA 94619 | | |
| 13069168 | Internal Revenue Service | Centralized Insolvency Operations | P.O. Box 7346 | Philadelphia, PA 19101–7346 | |
| 13069187 | Internal Revenue Service | Special Procedures Section | 1301 Clay Street, Stop 1400S | Oakland, CA 94612 | |
| 13069188 | Isabel Garcia Monge | 1301 Seminary Avenue | Oakland, CA 94621 | | |
| 13069189 | Kathy Neal | 620 Lasalle #240 | Oakland, CA 94609 | | |
| 13069190 | Law Office of James Martinez | 1611 Telegraph Avenue | Oakland, CA 94612 | | |
| 13069191 | Law Office of Richard Taguinod | 4115 Blackhawk Plaza Circle #100 | Danville, CA 94506 | | |
| 13069192 | Mark Crespillo | 535 Menlo Drive Suite A | Rocklin, CA 95765 | | |
| 13069193 | Mark Folden | 211 Lincoln Avenue | San Jose, CA 95125 | | |
| 13069194 | Mary Pizzimenti | 5311 Hawkhaven Court | Rocklin, CA 95765 | | |
| 13069195 | Mauro and Hilda Bucio | 2630 Havenscourt Blvd | Oakland, CA 94605 | | |
| 13069196 | New Millenium Bank | 57 Livingtson Avenue | New Brunswick, NJ 08901 | | |
| 13069197 | Norine BT Lam | PO Box 391431 | Mountain View, CA 94039 | | |
| 13069198 | Pizzimenti Homes and Associates, Inc. | FKA Pizzimenti Hill &Associates, Inc. | 5311 Hawkhaven Court | Rocklin, CA 95765 | |
| 13069199 | Realty First Real Estate and Mortgage Se | 535 Menlo Drive Suite A | Rocklin, CA 95765 | | |
| 13069200 | Rossana Eyvaznejad | 5450 Thornwood Drive Suite P | San Jose, CA 95123 | | |
| 13069201 | Sam Ye | 17 Loma Vista Lane | Burlingame, CA 94010 | | |
| 13069202 | Sergio Garcia | 11050 Apricot Street | Oakland, CA 94603 | | |
| 13069203 | Thomas Frank Architects | 3121 College Avenue #3 | Berkeley, CA 94705 | | |
| 13069204 | Trojan Professionals | PO box 1270 | Los Alamitos, CA 90720 | | |
| 13069205 | United States Attorney | Attn: Chief Tax Division | 450 Golden Gate Ave., Bod 36055 | San Francisco, CA 94102 | |

TOTAL: 45