# United States Bankruptcy Court
## Northern District of California

In re    **Mario Roberto Juarez**                                                  ,          Case No. ___**13-40355**___
                                                    Debtor

Chapter _____**13**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 7 | 207,360.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 5,779.98 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 106,500.26 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 14,740.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 12,246.42 |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 207,360.00 | | |
| Total Liabilities | | | | 112,280.24 | |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                                                       Best Case Bankruptcy

.

# United States Bankruptcy Court
## Northern District of California

In re    **Mario Roberto Juarez** _____,     Case No. _____**13-40355**_____

                 Debtor

Chapter _____**13**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

In re __**Mario Roberto Juarez**_____ ,     Case No. __**13-40355**_____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

__0___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re  **Mario Roberto Juarez**                                    ,  Case No.  **13-40355**
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash in wallet** | - | 400.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Personal Checking #0136** | - | 100.00 |
| | | **Wells Fargo Bank Business Checking #6095** | - | 500.00 |
| | | **Wells Fargo Bank Business Savings #5040** | - | 30.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **US Bank Secured Visa Card**<br>**PO Box 6318 Fargo, ND 58125** | - | 1,500.00 |
| | | **Applied Bank Secured Credit Card**<br>**PO Boxs 11170 Wilmington, DE 19850** | - | 500.00 |
| | | **Capital One Secured Credit Card**<br>**PO Box 60599 City of Industry, CA 91716** | - | 1,000.00 |
| | | **First Progress Secured Credit Card**<br>**Po box 84010 Columbus, GA 31908** | - | 300.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Furnishings and electronic equipment**<br>**Location: 10260 NE 3rd Street, Pembroke Pines FL 33026** | - | 3,550.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Personal clothing**<br>**Location: 10260 NE 3rd Street, Pembroke Pines FL 33026** | - | 300.00 |
| 7.  Furs and jewelry. | | **Personal jewelry**<br>**Location: 10260 NE 3rd Street, Pembroke Pines FL 33026** | - | 100.00 |

Sub-Total >     8,280.00
(Total of this page)

__6__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

In re  **Mario Roberto Juarez**                                      ,     Case No.   **13-40355**
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Mario Juarez Real Estate** **1241 High Street Oakland, CA 94601** **Debtor is the owner** | - | 10,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Projected proceeds from sale of real property for Jose Aguilar** **1351 91st Avenue Oakland, CA 94603** | - | 1,440.00 |
| | | **Projected proceeds from sale of real property forJose & Isabel Espinoza** **1451 29th Avenue Oakland, CA 94601** | - | 3,870.00 |
| | | **Projected proceeds from sale of real property for Claudio Fragoso** **1221 103rd Avenue Oakland, CA 94603** | - | 2,430.00 |
| | | **Projected proceeds from sale of real property for Ismael De Toro** **1230 75th Avenue Oakland, CA 94621** | - | 2,400.00 |

Sub-Total >     20,140.00
(Total of this page)

Sheet __1__ of __6__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Mario Roberto Juarez**                          ,     Case No.    **13-40355**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Projected proceeds from sale of real property for Gloria Johnson**<br>**2323 Curtis Street Berkeley, CA 94702** | - | 10,500.00 |
| | | **Debtor is only entitled to 30% of this commission 3,150.00** | | |
| | | **Projected proceeds from sale of real property for Juan Lares**<br>**2527 Havenscourt Blvd Oakland, CA 94603** | - | 4,500.00 |
| | | **Projected proceeds from sale of real property for Edith Solorzano**<br>**854 37th Street Oakland, CA 94608** | - | 5,400.00 |
| | | **Debtor is only entitled to 30% of this commission $1,620.00** | | |
| | | **Projected proceeds from sale of real property for Yok Moy V. Shin**<br>**1762 School Avenue Stockton, CA 95205** | - | 1,650.00 |
| | | **Debtor is only entitled to 30% of this commission $495.00** | | |
| | | **Projected proceeds from sale of real property for Ronald Talley**<br>**2471 Crocker Way Antioch, CA 94531** | - | 9,300.00 |
| | | **Debtor is only entitled to 30% of this commission $2,790.00** | | |
| | | **Projected proceeds from sale of real property for Wu Quing**<br>**166 Lois Court Pleasant Hill, CA 94523** | - | 7,500.00 |
| | | **Debtor is only entitled to 30% of this commission $2,250.00** | | |
| | | **Projected proceeds from sale of real property for Moises Henderson**<br>**1606 57th Avenue Oakland, CA 94621** | - | 2,700.00 |
| | | **Projected proceeds from sale of real property for Mirella & Javier Ramirez**<br>**5601 Harmon Avenue Oakland, CA 94621** | - | 3,450.00 |
| | | **Projected proceeds from sale of real property for Mary C. Sheard**<br>**1102 69th Avenue Oakland, CA 94621** | - | 1,950.00 |

Sub-Total >     **46,950.00**<br>(Total of this page)

Sheet  **2**  of  **6**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re    **Mario Roberto Juarez**                        ,    Case No.    **13-40355**
                                            Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Projected proceeds from sale of real property for Cornelio & Martha Barragan 2324 Ransom Avenue Oakland, CA 94601** | - | **3,600.00** |
| | | **Projected proceeds from sale of real property for Imelda Sibrian 401 Silverdale Drive Ponoma, CA 91767** | - | **7,500.00** |
| | | **Projected proceeds from sale of real property for Teresa Littlejohn 2025 Gordon Verner Circle Stockton, CA 95206** | - | **3,600.00** |
| | | **Debtor is only entitled to 30% of this commission $1,080.00** | | |
| | | **Projected proceeds from sale of real property for Ascent Property Solutions, LLC 17208 Via AlamitosSan Lorenzo, CA 94538** | - | **11,500.00** |
| | | **Debtor is only entitled to 30% of this commission $3,450.00** | | |
| | | **Projected proceeds from sale of real property for Julia Kim - Bay coin Laundry 6447 International Blvd #D Oakland, CA 94621** | - | **3,000.00** |
| | | **Projected proceeds from sale of real property for for Xochitl Vazquez 1336 Thomasnell Ceres, CA 95307** | - | **3,000.00** |
| | | **Debtor is only entitled to 30% of this commission $900.00** | | |
| | | **Projected proceeds from sale of real property for Veronica Ramirez 3337 Jamie Way Hayward, CA 94541** | - | **7,500.00** |
| | | **Projected proceeds from sale of real property for Flor Morales & Jaime Rodriguez 733 Juana Avenue San Leandro, CA 94577** | - | **15,000.00** |
| | | **Projected proceeds from sale of real property for Alvaro Duenes 1351 91st Avenue Oakland, CA 94603** | - | **1,440.00** |
| | | **Projected proceeds from sale of real property for Jose Baldillo 1451 29th Avenue Oakland, CA 94601** | - | **3,870.00** |

Sub-Total >      **60,010.00**
(Total of this page)

Sheet   **3**   of   **6**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

In re     **Mario Roberto Juarez**                 ,    Case No.    **13-40355**

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Projected proceeds from sale of real property for Eduardo T**<br>**1221 103rd Avenue Oakland, CA 94603** | - | **2,430.00** |
| | | **Projected proceeds from sale of real property for Best Investment One, LLC**<br>**1230 75th Avenue Oakland, CA 94621** | - | **2,400.00** |
| | | **Projected proceeds from sale of real property for Francisco R.**<br>**2527 Havenscourt Blvd Oakland, CA 94603** | - | **4,500.00** |
| | | **Projected proceeds from sale of real property for Jose G. B. P.**<br>**854 37th Street Oakland, CA 94608** | - | **5,400.00** |
| | | **Projected proceeds from sale of real property for Bah Joy, LLC**<br>**1762 School Avenue Stockton, CA 95205**<br><br>**Debtor is only entitled to 30% of this commission $495.00** | - | **1,650.00** |
| | | **Projected proceeds from sale of real property for Marlin Soto**<br>**5601 Harmon Avenue Oakland, CA 94621** | - | **3,450.00** |
| | | **Projected proceeds from sale of real property for Darlene V**<br>**1102 69th Avenue Oakland, CA 94621** | - | **1,950.00** |
| | | **Projected proceeds from sale of real property for Alcala Fernando**<br>**2324 Ransom Avenue Oakland, CA 94601** | - | **3,600.00** |
| | | **Projected proceeds from sale of real property for Walter Flores**<br>**401 Silverdale Drive Ponoma, CA 91767** | - | **7,500.00** |
| | | **Projected proceeds from sale of real property for Patricia Williams**<br>**2025 Gordon Verner Circle Stockton, CA 95206** | - | **3,600.00** |
| | | **Projected proceeds from sale of real property for Jose Hidalgo**<br>**337 Jamie Way Hayward, CA 94541** | - | **7,500.00** |

                                     Sub-Total >      **43,980.00**
                                   (Total of this page)

Sheet  **4**  of  **6**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com              Best Case Bankruptcy

In re   **Mario Roberto Juarez**           ,     Case No.   **13-40355**

                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Mario Juarez for City Council - political donation to campaign** | - | **24,000.00** |
| | | **Francisco Adamas - Personal loan - debtor beleives this debt is not collectible**<br>**1241 High Street Oakland, CA** | - | **500.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential lawsuit for breach of contract vs. Boyd Real Properties, LLC** | - | **Unknown** |
| | | **Potential lawsuit for breach of contract vs Mauro & Hilda Bucio for Usurious Interest on contract - possible treble damages** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Sub-Total >     **24,500.00**
(Total of this page)

Sheet  **5**  of  **6**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                  Best Case Bankruptcy

In re  **Mario Roberto Juarez** _____,  Case No. ___**13-40355**___
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 Ford F350 Cargo Van 195,648 Miles Location: 10260 NE 3rd Street, Pembroke Pines FL 33026** | - | 500.00 |
| | | **2000 Genro 16 Person Shuttle Bus 223,000 Miles Location: 10260 NE 3rd Street, Pembroke Pines FL 33026** | - | 1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer, tablet, printer Location: 10260 NE 3rd Street, Pembroke Pines FL 33026** | - | 2,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---:|
| | Sub-Total > | 3,500.00 |
| | (Total of this page) | |
| | Total > | 207,360.00 |

Sheet __**6**__ of __**6**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

In re    **Mario Roberto Juarez** ,    Case No.    **13-40355**

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash in wallet** | C.C.P. § 703.140(b)(5) | 400.00 | 400.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Wells Fargo Personal Checking #0136** | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| **Wells Fargo Bank Business Checking #6095** | C.C.P. § 703.140(b)(5) | 500.00 | 500.00 |
| **Wells Fargo Bank Business Savings #5040** | C.C.P. § 703.140(b)(5) | 30.00 | 30.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **US Bank Secured Visa Card**<br>**PO Box 6318 Fargo, ND 58125** | C.C.P. § 703.140(b)(5) | 1,500.00 | 1,500.00 |
| **Household Goods and Furnishings** | | | |
| **Furnishings and electronic equipment**<br>**Location: 10260 NE 3rd Street, Pembroke Pines**<br>**FL 33026** | C.C.P. § 703.140(b)(3) | 3,550.00 | 3,550.00 |
| **Wearing Apparel** | | | |
| **Personal clothing**<br>**Location: 10260 NE 3rd Street, Pembroke Pines**<br>**FL 33026** | C.C.P. § 703.140(b)(3) | 300.00 | 300.00 |
| **Furs and Jewelry** | | | |
| **Personal jewelry**<br>**Location: 10260 NE 3rd Street, Pembroke Pines**<br>**FL 33026** | C.C.P. § 703.140(b)(4) | 100.00 | 100.00 |
| **Stock and Interests in Businesses** | | | |
| **Mario Juarez Real Estate**<br>**1241 High Street Oakland, CA 94601**<br>**Debtor is the owner** | C.C.P. § 703.140(b)(5) | 1.00 | 10,000.00 |
| **Accounts Receivable** | | | |
| **Projected proceeds from sale of real property**<br>**for Jose Aguilar**<br>**1351 91st Avenue Oakland, CA 94603** | C.C.P. § 703.140(b)(5) | 1,440.00 | 1,440.00 |
| **Projected proceeds from sale of real property**<br>**forJose & Isabel Espinoza**<br>**1451 29th Avenue Oakland, CA 94601** | C.C.P. § 703.140(b)(5) | 3,870.00 | 3,870.00 |
| **Projected proceeds from sale of real property**<br>**for Claudio Fragoso**<br>**1221 103rd Avenue Oakland, CA 94603** | C.C.P. § 703.140(b)(5) | 2,430.00 | 2,430.00 |
| **Projected proceeds from sale of real property**<br>**for Ismael De Toro**<br>**1230 75th Avenue Oakland, CA 94621** | C.C.P. § 703.140(b)(5) | 2,400.00 | 2,400.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Mario Roberto Juarez**                         ,     Case No.   **13-40355**

                                     Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Projected proceeds from sale of real property for Gloria Johnson** <br> **2323 Curtis Street Berkeley, CA 94702** <br><br> **Debtor is only entitled to 30% of this commission 3,150.00** | **C.C.P. § 703.140(b)(5)** | **3,150.00** | **10,500.00** |
| **Projected proceeds from sale of real property for Juan Lares** <br> **2527 Havenscourt Blvd Oakland, CA 94603** | **C.C.P. § 703.140(b)(5)** | **4,500.00** | **4,500.00** |
| **Projected proceeds from sale of real property for Edith Solorzano** <br> **854 37th Street Oakland, CA 94608** <br><br> **Debtor is only entitled to 30% of this commission $1,620.00** | **C.C.P. § 703.140(b)(5)** | **1,620.00** | **5,400.00** |
| **Projected proceeds from sale of real property for Yok Moy V. Shin** <br> **1762 School Avenue Stockton, CA 95205** <br><br> **Debtor is only entitled to 30% of this commission $495.00** | **C.C.P. § 703.140(b)(5)** | **495.00** | **1,650.00** |
| **Projected proceeds from sale of real property for Ronald Talley** <br> **2471 Crocker Way Antioch, CA 94531** <br><br> **Debtor is only entitled to 30% of this commission $2,790.00** | **C.C.P. § 703.140(b)(5)** | **1,904.00** | **9,300.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> **1997 Ford F350 Cargo Van** <br> **195,648 Miles** <br> **Location: 10260 NE 3rd Street, Pembroke Pines FL 33026** | **C.C.P. § 703.140(b)(2)** | **500.00** | **500.00** |
| **2000 Genro 16 Person Shuttle Bus** <br> **223,000 Miles** <br> **Location: 10260 NE 3rd Street, Pembroke Pines FL 33026** | **C.C.P. § 703.140(b)(5)** | **1,000.00** | **1,000.00** |
| **Office Equipment, Furnishings and Supplies** <br> **Computer, tablet, printer** <br> **Location: 10260 NE 3rd Street, Pembroke Pines FL 33026** | **C.C.P. § 703.140(b)(6)** | **2,000.00** | **2,000.00** |

|  | Total: | **31,790.00** | **61,470.00** |
|---|---|---|---|

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                           Best Case Bankruptcy

In re **Mario Roberto Juarez** _____,     Case No. __**13-40355**_____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__ continuation sheets attached

|  | Subtotal (Total of this page) | | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re   **Mario Roberto Juarez**
_____,   Case No. ___**13-40355**_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**2**  continuation sheets attached

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

In re **Mario Roberto Juarez** ,     Case No. **13-40355**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **5922** <br><br>**Franchise Tax Board** <br>**Special Procedures** <br>**P.O. Box 2952** <br>**Sacramento, CA 95812-2952** | - | | **2003-2004 & 2007** <br><br>**Back Taxes** | | | | **5,779.98** | **5,779.98** <br><br> **0.00** |
| Account No. <br><br>**Franchise Tax Board** <br>**1515 Clay Street #3N-305** <br>**Oakland, CA 94612** | | | **Additional Notice:** <br>**Franchise Tax Board** | | | | **Notice Only** | |
| Account No. **5922** <br><br>**Internal Revenue Service** <br>**Centralized Insolvency Operations** <br>**P.O. Box 7346** <br>**Philadelphia, PA 19101-7346** | - | | **NA** <br><br>**Notice Only** | | | | **0.00** <br><br> **0.00** | **0.00** <br><br> **0.00** |
| Account No. <br><br>**Attorney General of the United States** <br>**Dept of Justice Civil Trial Section** <br>**PO Box 683** <br>**Ben Franklin Station** <br>**Washington, DC 20044** | | | **Additional Notice:** <br>**Internal Revenue Service** | | | | **Notice Only** | |
| Account No. <br><br>**Internal Revenue Service** <br>**Special Procedures Section** <br>**1301 Clay Street, Stop 1400S** <br>**Oakland, CA 94612** | | | **Additional Notice:** <br>**Internal Revenue Service** | | | | **Notice Only** | |

Sheet **1** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | **5,779.98** | |
| (Total of this page) | **5,779.98** | **0.00** |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

In re    **Mario Roberto Juarez**                                    ,          Case No.    **13-40355**
                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **United States Attorney Attn: Chief Tax Division 450 Golden Gate Ave., Bod 36055 San Francisco, CA 94102** | | | **Additional Notice: Internal Revenue Service** | | | | **Notice Only** | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | |
|---|---|---|
| Sheet **2** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 / 0.00 |
| | | 0.00 |
| | Total (Report on Summary of Schedules) | 5,779.98 |
| | | 5,779.98 / 0.00 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re  **Mario Roberto Juarez**                                                   Case No.  __**13-40355**__
_____,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **NA**<br><br>**American Frist Corporation**<br>**5450 Thornwood Drive Suite P**<br>**San Jose, CA 95123** | | - | | | **2009**<br>**Prior brokers - subject to indemnification agreements** | | | | 100.00 |
| Account No. **xxxx-xxxx-xxxx-6364**<br><br>**Applied Bank**<br>**P.O. Box 11170**<br>**Wilmington, DE 19850** | | - | | | **2010**<br>**Notice Only** | | | | 0.00 |
| Account No. **xxxxxx5774**<br><br>**Ashraf Chandry and Laura Thompson**<br>**c/0 Law Office of Edwin Sinman**<br>**220 Bush Street #1600**<br>**San Francisco, CA 94104** | | - | | | **2007**<br>**Judgement** | | | | 67,000.00 |
| Account No. **NA**<br><br>**Bay 2 Office Solutions**<br>**720 Montague Expressway**<br>**Milpitas, CA 95035** | | - | | | **2011**<br>**Business Debt** | | | | 4,000.00 |

__7__  continuation sheets attached

Subtotal
(Total of this page)        71,100.00

Case: 13-40355   Doc# 8   Filed: 02/06/13   Entered: 02/06/13 14:56:30   Page 17 of 48

In re **Mario Roberto Juarez**                                    ,        Case No. **13-40355**
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx2246** **Bay Area Credit Services** PO Box 5307 San Jose, CA 95150 | - | | | **2012** **Business Debt** | | | | 200.00 |
| Account No. **NA** **California Labor Commissioner** 1515 Clay Street #801 Oakland, CA 94612 | - | | | **2012** **Settlement** | | | | 2,200.00 |
| Account No. **xxxxxx8094** **Carlos Madrigal** 1036 30th Street Emeryville, CA 94608 | - | | | **2008** **Lawsuit for $50,000.00 stopped by automatic stay** | X | X | | Unknown |
| Account No. **Law Office of James Martinez** 1611 Telegraph Avenue Oakland, CA 94612 | | | | **Additional Notice:** **Carlos Madrigal** | | | | Notice Only |
| Account No. **NA** **Cecilia Mendez** 1079 Sausalito Way Tracy, CA 95377 | - | | | **2012** **Potential claim being filed against debtor** | | | | Unknown |

Sheet no. **1** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        2,400.00

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                        Best Case Bankruptcy

In re __Mario Roberto Juarez_____,  Case No. ___13-40355_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **NA**<br><br>Dr. Helena Caballero, DDS<br>2500 central Avenue<br>Alameda, CA 94501 | | - | 2012<br>Personal Debt | | | | 1,200.00 |
| Account No. **xxxxxxxxxxx4975**<br><br>First National Bank<br>500 E 60th Street N<br>Sioux Falls, SD 57104 | | - | 2007<br>Business Debt | | | | 348.00 |
| Account No. **xxxx-xxxx-xxxx-4311**<br><br>First Premier Bank<br>900 Delaware Avenue #7<br>Sioux Falls, SD 57104 | | - | 2007<br>Business Debt | | | | 648.00 |
| Account No.<br><br>Asset Acceptance<br>PO Box 407<br>Saint Clair, MN 56080 | | | Additional Notice:<br>First Premier Bank | | | | Notice Only |
| Account No. **NA**<br><br>Folden Enterprises, Inc.<br>2111 Lincoln Avenue<br>San Jose, CA 95125 | | - | 2008<br>Prior brokers - subject to indemnification agreements | | | | 15,000.00 |

Sheet no. __2___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,196.00

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

In re  **Mario Roberto Juarez**                    ,     Case No.    **13-40355**

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **NA** <br><br> **Hilda Gomez** <br> **2328 Fruitvale Avenue** <br> **Oakland, CA 94601** | | - | | 2007 <br> Potential claim being filed against debtor, claim subject to offset | | | | Unknown |
| Account No. **x0671** <br><br> **Home and Lifestyle** <br> **11626 N. tracey Road** <br> **Hayden, ID 83835** | | - | | 2011 <br> Business Debt | | | | 206.26 |
| Account No. **xxx4358** <br><br> **Hong Jaqueline Gardner** <br> **632 Via Rialto Road** <br> **Oakland, CA 94619** | | - | | 2012 <br> Settlement | | | | 2,000.00 |
| Account No. **xxxxxxx1178** <br><br> **HSBC Bank** <br> **1441 Schilling Place** <br> **Salinas, CA 93901** | | - | | 2007 <br> Business Debt | | | | 1,200.00 |
| Account No. **NA** <br><br> **Isabel Garcia Monge** <br> **1301 Seminary Avenue** <br> **Oakland, CA 94621** | | - | | 2010 <br> Potential claim being filed against debtor | | | | Unknown |

Sheet no. __3__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

           Subtotal <br> (Total of this page)      **3,406.26**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com           Best Case Bankruptcy

In re **Mario Roberto Juarez**               ,     Case No. **13-40355**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **NA** <br><br> **Kathy Neal** <br> **620 Lasalle #240** <br> **Oakland, CA 94609** | - | | **2012** <br> **Potential claim being filed against debtor** | | | | **Unknown** |
| Account No. **NA** <br><br> **Law Office of Richard Taguinod** <br> **4115 Blackhawk Plaza Circle #100** <br> **Danville, CA 94506** | - | | **2012** <br> **Attorney Fees** | | | | **400.00** |
| Account No. **NA** <br><br> **Mark Crespillo** <br> **535 Menlo Drive Suite A** <br> **Rocklin, CA 95765** | - | | **2008** <br> **Prior brokers being sued debtor has indemnification agreements** | | | | **Unknown** |
| Account No. **NA** <br><br> **Mark Folden** <br> **211 Lincoln Avenue** <br> **San Jose, CA 95125** | - | | **2008** <br> **Prior brokers - subject to indemnification agreements** | | | | **Unknown** |
| Account No. **NA** <br><br> **Mary Pizzimenti** <br> **5311 Hawkhaven Court** <br> **Rocklin, CA 95765** | - | | **2011** <br> **Prior brokers - subject to indemnification agreements** | | | | **Unknown** |

Sheet no. __4__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

            Subtotal        **400.00**
            (Total of this page)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re   **Mario Roberto Juarez**                                          ,          Case No.   **13-40355**

_____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx2432** <br><br> **Mauro and Hilda Bucio** <br> **2630 Havenscourt Blvd** <br> **Oakland, CA 94605** | - | | **2007** <br> **Lawsuit for $190,000.00 stopped by automatic stay** | X | X | | Unknown |
| Account No. <br><br> **Law Office of James Martinez** <br> **1611 Telegraph Avenue** <br> **Oakland, CA 94612** | | | **Additional Notice:** <br> **Mauro and Hilda Bucio** | | | | Notice Only |
| Account No. **xxxx-xxxx-xxxx-4311** <br><br> **New Millenium Bank** <br> **57 Livingtson Avenue** <br> **New Brunswick, NJ 08901** | - | | **2008** <br> **Business Debt** | | | | 698.00 |
| Account No. **NA** <br><br> **Norine BT Lam** <br> **PO Box 391431** <br> **Mountain View, CA 94039** | - | | **2012** <br> **Prior brokers - subject to indemnification agreements** | | | | Unknown |
| Account No. **NA** <br><br> **Pizzimenti Homes and Associates, Inc.** <br> **FKA Pizzimenti Hill & Associates, Inc.** <br> **5311 Hawkhaven Court** <br> **Rocklin, CA 95765** | - | | **2011** <br> **Prior brokers - subject to indemnification agreements** | | | | Unknown |

Sheet no. __5__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **698.00**

Case: 13-40355   Doc# 8   Filed: 02/06/13   Entered: 02/06/13 14:56:30   Page 22 of 48

In re  **Mario Roberto Juarez**                                    ,          Case No. _____**13-40355**_____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **NA** | | | - | | 2008 Prior brokers - subject to indemnification agreements | | | | |
| Realty First Real Estate and Mortgage Se 535 Menlo Drive Suite A Rocklin, CA 95765 | | | | | | | | | Unknown |
| Account No. **NA** | | | - | | 2009 Prior brokers - subject to indemnification agreements | | | | |
| Rossana Eyvaznejad 5450 Thornwood Drive Suite P San Jose, CA 95123 | | | | | | | | | Unknown |
| Account No. **NA** | | | - | | 2010 Notice Only | | | | |
| Sam Ye 17 Loma Vista Lane Burlingame, CA 94010 | | | | | | | | | 0.00 |
| Account No. **NA** | | | - | | 2010 Potential claim being filed against debtor | | | | |
| Sergio Garcia 11050 Apricot Street Oakland, CA 94603 | | | | | | | | | Unknown |
| Account No. **xxxxx2898** | | | - | | 2009 Lawsuit | | | | |
| Thomas Frank Architects 3121 College Avenue #3 Berkeley, CA 94705 | | | | | | | | | 10,000.00 |

Sheet no. __6___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **10,000.00**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re   **Mario Roberto Juarez**                        ,        Case No.     **13-40355**

                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxxxxxx9307** | | | | **2012** **Business Debt** | | | | |
| **Trojan Professionals** **PO box 1270** **Los Alamitos, CA 90720** | - | | | | | | | |
| | | | | | | | | **1,300.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __7___ of __7___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **1,300.00** |
| Total (Report on Summary of Schedules) | | **106,500.26** |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

.

In re    **Mario Roberto Juarez**                 ,    Case No.    **13-40355**

                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Alcala Fernando**<br>**2324 Ransom Avenue**<br>**Oakland, CA 94601** | **Real Estate Contract** |
| **Alvarado Duenas**<br>**1351 91st Avenue**<br>**Oakland, CA 94603** | **Real Estate Contract** |
| **Ascent Property Solutions, LLC**<br>**17208 Via Alamitos**<br>**Fremont, CA 94538** | **Real Estate Contract** |
| **Bah Joy, LLC**<br>**1762 School Avenue**<br>**Stockton, CA 95205** | **Real Estate Contract** |
| **Best Investment One, LLC**<br>**1230 75th Avenue**<br>**Oakland, CA 94621** | **Real Estate Contract** |
| **Claudia Fragoso**<br>**1221 103rd Avenue**<br>**Oakland, CA 94603** | **Real Estate Contract** |
| **Cornelio & Martha Barragan**<br>**2324 Ransom Avenue**<br>**Oakland, CA 94601** | **Real Estate Contract** |
| **Darlene V**<br>**1102 69th Avenue**<br>**Oakland, CA 94621** | **Real Estate Contract** |
| **Edith Solorzano**<br>**854 37th Street**<br>**Emeryville, CA 94608** | **Real Estate Contract** |
| **Eduardo T**<br>**1221 103rd Avenue**<br>**Oakland, CA 94603** | **Real Estate Contract** |
| **Flor Morales & Jaime Rodriguez**<br>**733 Juana Avenue**<br>**San Leandro, CA 94577** | **Real Estate Contract** |
| **Francisco R**<br>**2527 Havenscourt**<br>**Oakland, CA 94603** | **Real Estate Contract** |

**2**

     continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy

In re  **Mario Roberto Juarez**                                          ,          Case No.    **13-40355**
                                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Gloria Johnson**<br>**2323 Curtis Street**<br>**Berkeley, CA 94702** | **Real Estate Contract** |
| **Imelda Sibrian**<br>**401 Silverdale Drive**<br>**Pomona, CA 91767** | **Real Estate Contract** |
| **Ismael Del Toro**<br>**1230 75th Avenue**<br>**Oakland, CA 94621** | **Real Estate Contract** |
| **Jose & Isabel Espinoza**<br>**1451 29th Avenue**<br>**Oakland, CA 94601** | **Real Estate Contract** |
| **Jose Aguilar**<br>**1351 91st Avenue**<br>**Oakland, CA 94603** | **Real Estate Contract** |
| **Jose Baldillo**<br>**1451 29th Avenue**<br>**Oakland, CA 94601** | **Real Estate Contract** |
| **Jose G B P**<br>**854 37th Street**<br>**Emeryville, CA 94608** | **Real Estate Contract** |
| **Jose Hidalgo**<br>**3337 Jaime Way**<br>**Hayward, CA 94541** | **Real Estate Contract** |
| **Juan Lares**<br>**2527 Havenscourt Blvd**<br>**Oakland, CA 94603** | **Real Estate Contract** |
| **Julia Kim**<br>**Bay Coin Laundry**<br>**6447 International Blvd #D**<br>**Fremont, CA 94538** | **Real Estate Contract** |
| **Marlin Soto**<br>**5601 Harmon Avenue**<br>**Oakland, CA 94621** | **Real Estate Contract** |
| **Mary C. Sheard**<br>**1102 69th Avenue**<br>**Oakland, CA 94621** | **Real Estate Contract** |
| **Mirella & Javier Ramirez**<br>**5601 Harmon Avenue**<br>**Oakland, CA 94621** | **Real Estate Contract** |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

In re    **Mario Roberto Juarez**                                      ,     Case No.    **13-40355**
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Moises Henderson**<br>**1606 57th Avenue**<br>**Oakland, CA 94621** | **Real Estate Contract** |
| **Patricia Williams**<br>**2025 Gordon Verner Circle**<br>**Stockton, CA 95206** | **Real Estate Contract** |
| **Ronald Talley**<br>**2471 Crocker Way**<br>**Antioch, CA 94531** | **Real Estate Contract** |
| **Teresa Littlejohn**<br>**2025 Gordon Verner Circle**<br>**Stockton, CA 95206** | **Real Estate Contract** |
| **Veronica Escobar Ramirez**<br>**337 Jamie Way**<br>**Hayward, CA 94541** | **Real Estate Contract** |
| **Walter Flores**<br>**401 Silverdale Drive**<br>**Pomona, CA 91767** | **Real Estate Contract** |
| **Wu Quing**<br>**166 Lois Court**<br>**Pleasant Hill, CA 94523** | **Real Estate Contract** |
| **Xochitl Vasquez**<br>**1336 Thomasnell**<br>**Ceres, CA 95307** | **Real Estate Contract** |
| **Yok Moi V. Sinn**<br>**1762 School avenue**<br>**Stockton, CA 95205** | **Real Estate Contract** |

Sheet   __2__   of   __2__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

In re   **Mario Roberto Juarez**                      ,        Case No.    **13-40355**

Debtor

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

      continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy

In re   **Mario Roberto Juarez**                                              Case No.   **13-40355**
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**Son** | AGE(S):<br>**6** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Self-employed Realtor** | |
| Name of Employer | **Mario Juarez Real Estate** | |
| How long employed | **1 Year** | |
| Address of Employer | **1241 High Street**<br>**Oakland, CA 94601** | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | 0.00 | $ | N/A |
| b.  Insurance | $ | 0.00 | $ | N/A |
| c.  Union dues | $ | 0.00 | $ | N/A |
| d.  Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 14,740.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>     dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance<br>(Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income<br>(Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 14,740.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 14,740.00 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 14,740.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
     **-NONE-**

In re  **Mario Roberto Juarez**              Case No.  **13-40355**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 0.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | |
| b. Is property insurance included? | Yes ___ | No **X** | |
| 2. Utilities:   a. Electricity and heating fuel | | $ | 0.00 |
|   b. Water and sewer | | $ | 0.00 |
|   c. Telephone | | $ | 0.00 |
|   d. Other   **See Detailed Expense Attachment** | | $ | 155.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 400.00 |
| 5. Clothing | | $ | 20.00 |
| 6. Laundry and dry cleaning | | $ | 50.00 |
| 7. Medical and dental expenses | | $ | 50.00 |
| 8. Transportation (not including car payments) | | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 10.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|   a. Homeowner's or renter's | | $ | 0.00 |
|   b. Life | | $ | 30.00 |
|   c. Health | | $ | 0.00 |
|   d. Auto | | $ | 100.00 |
|   e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|   a. Auto | | $ | 0.00 |
|   b. Other | | $ | 0.00 |
|   c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 720.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 10,411.42 |
| 17. Other   **Personal hygiene** | | $ | 50.00 |
|     Other   **Education expenses** | | $ | 50.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 12,246.42 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 14,740.00 |
| b.   Average monthly expenses from Line 18 above | $ | 12,246.42 |
| c.   Monthly net income (a. minus b.) | $ | 2,493.58 |

In re __Mario Roberto Juarez__        Case No. __13-40355__

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **1 cell phone** | $ | **100.00** |
| **Internet** | $ | **55.00** |
| **Total Other Utility Expenditures** | $ | **155.00** |

# United States Bankruptcy Court
## Northern District of California

In re    **Mario Roberto Juarez**                Case No.    **13-40355**

                         Debtor(s)             Chapter     **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **31** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 6, 2013**            Signature    **/s/ Mario Roberto Juarez**

                                                    **Mario Roberto Juarez**

                                                    Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re    **Mario Roberto Juarez**                 Case No.    **13-40355**

                                  Debtor(s)            Chapter    **13**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$10,411.12** | **2013 YTD: Debtor Mario Juarez Real Estate** |
| **$124,933.44** | **2012: Debtor Mario Juarez Real Estate** |
| **$0.00** | **2011: Debtor Mario Juarez Real Estate** |
| **$0.00** | **2013 YTD: Debtor Minas Company** |
| **$25,200.00** | **2012: Debtor Minas Company** |
| **$25,850.00** | **2011: Debtor Minas Company** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

**3. Payments to creditors**

None
■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|------------------------------|------------------------------|-----------------------------------|--------------------|
| **US Bank**<br>**PO Box 5227**<br>**Cincinnati, OH 45202** | **1/7/2013** | **$1,971.00** | **$1.96** |
| **Capital One**<br>**P.O. Box 30281**<br>**Salt Lake City, UT 84130** | **12/11/2012** | **$1,985.20** | **$988.69** |
| **Wave Street**<br>**2905 Stender Way #16**<br>**Santa Clara, CA 95054** | **1/5/2013** | **$2,264.18** | **$5,000.00** |
| **Cecilia Mendez**<br>**1079 Sausalito Way**<br>**Tracy, CA 95377** | **3/16/2012 - 4/25/2012** | **$19,915.42** | **$0.00** |

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---------------------------------------------------------|-----------------|-------------|--------------------|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐      a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Labor Commissioner vs. Juarez #VLJ07-74358** | **Division of Labor Standards** | **Alameda County** | **Settled** |
| **Global Specialities Direct, Inc. vs. Juarez #RS11596915** | **Civil** | **Alameda County** | **Pending** |
| **Frank vs. Juarez #RS12642898** | **Civil** | **Alameda County** | **Pending** |
| **Madrigal vs. Juarez #RG12648094** | **Civil** | **Alameda County** | **Pending** |

None
☐      b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Alameda County Department of Child Support Services 393 13th St. Oakland, CA 94612** | **11/2012** | **Garnished personal checking account $3,200.00** |

**5.  Repossessions, foreclosures and returns**

None
■      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■      a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■      b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

---

**8.  Losses**

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| **Laptop, tablet, cash $2,000.00** | **Auto was broken into and items were stolen** | **11/2012** |

---

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Elkington Law**<br>**409 13th Street, 10th Floor**<br>**Oakland, CA 94612** | **1/13/2013** | **$2,000.00** |

---

**10.  Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **3301 E. 12th Street #B322 Oakland, CA 94601** | **Mario Roberto Juarez** | **1/2005-12/2012** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■      or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
       the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■      Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■      the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
       docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
□      ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
       partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
       immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
       within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Mario Juarez Real Estate** | **5992** | **1241 High Street Oakland, CA 94601** | **Real Estate Broker** | **5/2012-present** |
| **Viridos Fuels, Inc** | **5992** | **1241 High Street Oakland, CA 94601** | **Biofuel  - Debtor resigned June 2012** | **2009 - active** |
| **Viridos Fuels, LLC** | **6699** | **1241 High Street Oakland, CA 94601** | **Biofuel - Debtor resigned in June 2012** | **2009 -- active** |

Case: 13-40355    Doc# 8    Filed: 02/06/13    Entered: 02/06/13 14:56:30    Page 38 of 48

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Cathedral Entertainment** | **5992** | **1241 High Street Oakland, CA 94601** | **Event Center Constrction** | **1/2008 - 1/2011** |
| **Neal Juarez Company, LLC** | **5992** | **1241 High Street Oakland, CA 94601** | **Promotion** | **2008-2009** |
| **Bay Area Sports Enterprises, LLC** | **5992** | **4030A International Blvd Oakland, CA 94601** | **Promotion Business** | **2008-2009** |
| **Mario Roberto Juarez Real Estate, LLC** | **5992** | **1241 High Street Oakland, CA 94601** | **Real Estate - No current transactions** | **2012 -  active** |
| **Fruitvaleone, Inc.** | **5992** | **4030 International Blvd. Oakland, CA 94601** | **Creates feedstock for bio fuels companies** | **2008-2010** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                      ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Dorado Bookeeping 2624 Fruitvale Avenue Oakland, CA 94601** | **1998-present** |

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Dorado Bookeeping** | **2624 Fruitvale Avenue Oakland, CA 94601** | **1998-present** |

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Dorado Bookeeping 1998-present** | **2624 Fruitvale Avenue Oakland, CA 94601** |

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■     If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                            TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    **February 6, 2013**                 Signature    **/s/ Mario Roberto Juarez**

                                                     **Mario Roberto Juarez**

                                                     Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

| In re | Mario Roberto Juarez | | Case No. | 13-40355 |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 13 |

# Rights and Responsibilities of Chapter 13 Debtors
# And Their Attorneys

It is important for debtors who file a bankruptcy case under Chapter 13 to understand their rights and responsibilities. It is also important that the debtors know what their attorneys' responsibilities are, and understand the importance of communicating with their attorney to make the case successful. Debtors should know that they may expect certain services to be performed by their attorney. In order to assure that debtors and their attorneys understand their rights and responsibilities in the bankruptcy process, the following guidelines provided by the court are hereby agreed to by the debtors and their attorneys. Unless the Court orders otherwise:

## BEFORE THE CASE IS FILED

### The debtor agrees to:

1. Provide the attorney with accurate financial information.

2. Discuss with the attorney the debtor's objectives in filing the case.

### The attorney agrees to:

1. Meet with the debtor to review the debtor's debts, assets, liabilities, income and expenses.

2. Counsel the debtor regarding the advisability of filing either a Chapter 7 or Chapter 13 case, discuss both procedures with the debtor, and answer the debtor's questions.

3. Explain what payments will be made directly by the debtor and what payments will be made through the debtor's Chapter 13 Plan, with particular attention to mortgage and vehicle loan payments, as well as any other claims which accrue interest.

4. Explain to the debtor how, when and where to make the Chapter 13 plan payment.

5. Explain to the debtor how the attorney fees and trustee fees are paid and provide an executed copy of this document to the debtor.

6. Explain to the debtor that the first plan payment must be made to the Trustee within 30 days after the date of the filing of the plan or order for relief, whichever is earlier.

7. Advise the debtor of the requirement to attend the 341 Meeting of Creditors, and instruct the debtor as to the date, time and place of the meeting.

8. Advise the debtor of the necessity of maintaining liability, collision and comprehensive insurance on vehicles securing loans or lease.

9. Timely prepare and file the debtor's petition, plan statements and schedules.

10. Accept a retainer of no more than $2,000, unless the attorney makes a special application to the court for approval of a larger retainer.

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

**AFTER THE CASE IS FILED**

**The debtor agrees to:**

1.　Keep the Trustee and attorney informed of the debtor's address and telephone number.

2.　Inform the attorney of any wage garnishments or attachments of assets which occur or continue after the filing of the case.

3.　Contact the attorney promptly if the debtor loses his/her job or has other financial problems.

4.　Let the attorney know if the debtor is sued during the case.

5.　Inform the attorney if any tax refunds the debtor is entitled to are seized or not returned to the debtor by the IRS or Franchise Tax Board.

6.　Contact the attorney before buying, refinancing, or selling real property or before entering into any long-term loan agreements to find out what approvals are required.

7.　Pay any filing fees and expenses that may be incurred directly to the attorney.

**The attorney agrees to provide the following legal services:**

1.　Appear at the 341 Meeting of Creditors with the debtor.

2.　Respond to objections to plan confirmation, and where necessary, prepare an amended plan.

3.　Prepare, file and serve necessary modifications to the plan which may include suspending, lowering or increasing plan payments.

4.　Prepare, file and serve necessary amended statements and schedules, in accordance with information provided by the debtor.

5.　Prepare, file and serve necessary motions to buy, sell or refinance real property when appropriate.

6.　Object to improper or invalid claims, if necessary, based upon documentation provided by the debtor.

7.　Represent the debtor in motions for relief from stay.

8.　Where appropriate, prepare, file and serve necessary motions to avoid liens on real or personal property.

9.　Provide such other legal services as are necessary for the administration of the present case before the Bankruptcy Court.

The "Guidelines for Payment of Attorneys fees in Chapter 13 Cases for the Oakland Division" provide for maximum initial fees in the following amounts:  $4,800 in non-business cases and $6,000 in business cases.  Any retainer of more than $2,000 will be closely scrutinized by both the Chapter 13 Trustee and the Court.

Initial fees charged in this case are $ __6,000.00__ .
If the initial fees ordered by the court are not sufficient to compensate the attorney for the legal services rendered in this case, the attorney further agrees to apply to the court for any additional fees.  Fees shall be paid through the plan unless otherwise ordered.  The attorney may not receive fees directly from the debtor other than the initial retainer.

Software Copyright (c) 1996-2006 CCH INCORPORATED - www.bestcase.com　　　　　　　　　　Best Case Bankruptcy

If the debtor disputes the legal services provided or the fees charged by the attorney, an objection may be filed with the court and the matter set for hearing. The attorney may move to withdraw or the debtor may discharge the attorney at any time.

Date  **February 6, 2013**

Signature  **/s/ Mario Roberto Juarez**

**Mario Roberto Juarez**
Debtor

Attorney  **/s/ Sally J. Elkington**

**Sally J. Elkington**

Software Copyright (c) 1996-2006 CCH INCORPORATED - www.bestcase.com  Best Case Bankruptcy

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

Case: 13-40355    Doc# 8    Filed: 02/06/13    Entered: 02/06/13 14:56:30    Page 46 of 48

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of California

In re    **Mario Roberto Juarez**                 Case No.    **13-40355**

                                Debtor(s)           Chapter    **13**

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Mario Roberto Juarez** | X **/s/ Mario Roberto Juarez**      **February 6, 2013** |
|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor          Date |
| Case No. (if known)   **13-40355** | X |
| | Signature of Joint Debtor (if any)       Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.