In re **Mario Roberto Juarez**     Case No. **13-40355**
Debtor(s)     Chapter **13**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS  (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | |
|---|---:|
| 1. Gross Income For 12 Months Prior to Filing: | $ 124,933.44 |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | |
|---|---:|
| 2. Gross Monthly Income | $ 14,470.00 |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ 0.00 |
| 4. Payroll Taxes | 0.00 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 499.00 |
| 7. Other Taxes | 2,752.23 |
| 8. Inventory Purchases (Including raw materials) | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 0.00 |
| 11. Utilities | 100.00 |
| 12. Office Expenses and Supplies | 1,098.54 |
| 13. Repairs and Maintenance | 0.00 |
| 14. Vehicle Expenses | 100.00 |
| 15. Travel and Entertainment | 166.00 |
| 16. Equipment Rental and Leases | 41.66 |
| 17. Legal/Accounting/Other Professional Fees | 250.00 |
| 18. Insurance | 104.16 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Commissions to agents** | **1,772.54** |
| **E & O** | **106.16** |
| **Memberships** | **200.00** |
| **Marketing** | **3,220.83** |

| | |
|---|---:|
| 22. Total Monthly Expenses (Add items 3-21) | $ 10,411.12 |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | |
|---|---:|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ 4,058.88 |