# United States Bankruptcy Court
## Northern District of California

In re **Mario Roberto Juarez**     Case No. **13-40355**
Debtor(s)     Chapter **13**

## **STATEMENT RE PAYMENT ADVICES**

I received no payment advices or other evidence of payment from my employer(s) within the 60 days before the filing of this bankruptcy case.

I declare under penalty of perjury that the above statement is true and correct to the best of my knowledge, information, and belief.

Date **February 6, 2013**     Signature **Mario Roberto Juarez**
**Mario Roberto Juarez**
Debtor