# United States Bankruptcy Court
## Northern District of California

In re **Mario Roberto Juarez**                                           Case No. **13-40355**
                               Debtor(s)                                 Chapter  **13**

## CREDITOR MATRIX COVER SHEET - AMENDED

     I declare that the attached Creditor Mailing Matrix, consisting of **5** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **February 6, 2013**          **/s/ Sally J. Elkington**
                                    Signature of Attorney
                                    **Sally J. Elkington**
                                    **ELKINGTON LAW OFFICE**
                                    **Sally J. Elkington**
                                    **409 13th Street, 10th Floor**
                                    **Oakland, CA 94612**
                                    **510-465-0404   Fax: 510-465-0202**

Date: **February 6, 2013**          **/s/ Mario Roberto Juarez**
                                    **Mario Roberto Juarez**
                                    Signature of Debtor

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

```
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346



FRANCHISE TAX BOARD
SPECIAL PROCEDURES
P.O. BOX 2952
SACRAMENTO, CA 95812-2952



AMERICAN FRIST CORPORATION
5450 THORNWOOD DROVE SUITE P
SAN JOSE, CA 95123



APPLIED BANK
P.O. BOX 11170
WILMINGTON, DE 19850



ASHRAF CHANDRY AND LAURA THOMPSON
C/0 LAW OFFICE OF EDWIN SINMAN
220 BUSH STREET #1600
SAN FRANCISCO, CA 94104



ASSET ACCEPTANCE
PO BOX 407
SAINT CLAIR, MN 56080



ATTORNEY GENERAL OF THE UNITED STATES
DEPT OF JUSTICE CIVIL TRIAL SECTION
PO BOX 683
BEN FRANKLIN STATION
WASHINGTON, DC 20044



BAY 2 OFFICE SOLUTIONS
720 MONTAGUE EXPRESSWAY
MILPITAS, CA 95035
```

BAY AREA CREDIT SERVICES
PO BOX 5307
SAN JOSE, CA 95150


CALIFORNIA LABOR COMMISSIONER
1515 CLAY STREET #801
OAKLAND, CA 94612


CARLOS MADRIGAL
1036 30TH STREET
EMERYVILLE, CA 94608


CECILIA MENDEZ
1079 SAUSALITO WAY
TRACY, CA 95377


DR. HELENA CABALLERO, DDS
2500 CENTRAL AVENUE
ALAMEDA, CA 94501


FIRST NATIONAL BANK
500 E 60TH STREET N
SIOUX FALLS, SD 57104


FIRST PREMIER BANK
900 DELAWARE AVENUE #7
SIOUX FALLS, SD 57104


FOLDEN ENTERPRISES, INC.
2111 LINCOLN AVENUE
SAN JOSE, CA 95125

FRANCHISE TAX BOARD
1515 CLAY STREET #3N-305
OAKLAND, CA 94612


HILDA GOMEZ
2328 FRUITVALE AVENUE
OAKLAND, CA 94601


HOME AND LIFESTYLE
11626 N. TRACEY ROAD
HAYDEN, ID 83835


HONG JAQUELINE GARDNER
632 VIA RIALTO ROAD
OAKLAND, CA 94619


HSBC BANK
1441 SCHILLING PLACE
SALINAS, CA 93901


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES SECTION
1301 CLAY STREET, STOP 1400S
OAKLAND, CA 94612


ISABEL GARCIA MONGE
1301 SEMINARY AVENUE
OAKLAND, CA 94621


KATHY NEAL
620 LASALLE #240
OAKLAND, CA 94609

LAW OFFICE OF JAMES MARTINEZ
1611 TELEGRAPH AVENUE
OAKLAND, CA 94612



LAW OFFICE OF RICHARD TAGUINOD
4115 BLACKHAWK PLAZA CIRCLE #100
DANVILLE, CA 94506



MARK CRESPILLO
535 MENLO DRIVE SUITE A
ROCKLIN, CA 95765



MARK FOLDEN
211 LINCOLN AVENUE
SAN JOSE, CA 95125



MARY PIZZIMENTI
5311 HAWKHAVEN COURT
ROCKLIN, CA 95765



MAURO AND HILDA BUCIO
2630 HAVENSCOURT BLVD
OAKLAND, CA 94605



NEW MILLENIUM BANK
57 LIVINGTSON AVENUE
NEW BRUNSWICK, NJ 08901



NORINE BT LAM
PO BOX 391431
MOUNTAIN VIEW, CA 94039

PIZZIMENTI HOMES AND ASSOCIATES, INC.
FKA PIZZIMENTI HILL & ASSOCIATES, INC.
5311 HAWKHAVEN COURT
ROCKLIN, CA 95765


REALTY FIRST REAL ESTATE AND MORTGAGE SE
535 MENLO DRIVE SUITE A
ROCKLIN, CA 95765


ROSSANA EYVAZNEJAD
5450 THORNWOOD DRIVE SUITE P
SAN JOSE, CA 95123


SAM YE
17 LOMA VISTA LANE
BURLINGAME, CA 94010


SERGIO GARCIA
11050 APRICOT STREET
OAKLAND, CA 94603


THOMAS FRANK ARCHITECTS
3121 COLLEGE AVENUE #3
BERKELEY, CA 94705


TROJAN PROFESSIONALS
PO BOX 1270
LOS ALAMITOS, CA 90720


UNITED STATES ATTORNEY
ATTN: CHIEF TAX DIVISION
450 GOLDEN GATE AVE., BOD 36055
SAN FRANCISCO, CA 94102