James Martinez (SBN 235800)
**LAW OFFICE OF JAMES MARTINEZ**
The Latham Square Building
1611 Telegraph Avenue, Suite 720
Oakland, CA 94612
Telephone: (510) 444-7700
Facsimile: (510) 444-7701

Attorneys for Creditors
**MAURO BUCIO and HILDA BUCIO**

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE MARIO ROBERTO JUAREZ, | Case Number 13-40355 RLE 13 |
| Debtor, | Chapter 13 |
| | OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN |

COMES NOW, Creditors MAURO BUCIO and HILDA BUCIO ("BUCIOS"), by and through counsel, files their Objections to Confirmation of Chapter 13 Plan.

Creditors MAURO BUCIO AND HILDA BUCIO object on the following grounds:

I. **THE BUCIO'S CLAIMS ARE NON-DISCHARGEABLE PURSUANT TO 11 U.S.C. §523(a) et seq.**

The Bucio filed a lawsuit in Alameda County Superior Court, case number RG1159243, on August 26, 2011. This case centers around three different fraudulent transactions, whereby Defendant Mario Juarez approached Plaintiffs with several

different stories in order to con them into loaning Defendant Mario Juarez the sum of $220,000. This action is based upon **fraud**, and states causes of action, *inter alia*, for: Fraud and Deceit - Intentional Misrepresentation; Fraud and Deceit - Suppression of Fact; Violation of Business and Professions Code Section 17200. Mario Roberto Juarez's actions are therefore in contravention of the provisions of 11 U.S.C. §727(a)(2), (3), (4), (5), (6), and/or (7), 11 U.S.C. §523, including but not limited to 11 U.S.C. §523(a) (2), (4), (6), and (10), Bankruptcy Rule 4004(d) and 7001(4) of the Federal Rules of Bankruptcy Procedure, and therefore, constitute grounds to deny the debtor's discharge.

## II. The Parties in the Underlying State Court Action are Ready for Trial

Alameda County Superior Court Case Number RG1159243 was scheduled for trial on January 25, 2013 at 9:00 a.m. On the very eve of trial, January 22, 2013, Mario Roberto Juarez filed the subject bankruptcy. Because the parties are ready for trial, the debtor's discharge should be denied, and the State Action should be permitted to proceed. In re Donn Kemble, 776 F.2d 802 (1985).

## III. MARIO ROBERTO JUAREZ'S BANKRUPTCY FILING IS IMPROPER

A bankruptcy filing is improper to avoid another Court's jurisdiction. Mario Roberto Juarez's filing on the eve of trial to avoid an Alameda County Court's jurisdiction in a case regarding his fraud, is improper. In re Sherman, 491 F.3d 948 (2011).

## IV. DEBTOR DOES NOT MEET THE "REGULAR INCOME" REQUIREMENT

Only individuals with "regular income", sufficient, stable, and regular to enable the individual to make payment may be debtors under Chapter 13. 11 USC §109(e). Mere allegations that there is income potential is insufficient. In re Jones, 174 BR 8, 13. Mario Roberto Juarez has failed to make the requisite showing.

## V. CHAPTER 13 IS LIMITED TO INDIVIDUALS

Mario Roberto Juarez lists one, but not all of the several business names he has

used: Fireside California Group, Inc. Businesses, including corporations and partnerships, are excluded under Chapter 13.

## VI. THE DEBT LIMIT IS EXCEEDED

The debt limit at the time of filing a Chapter 14 petition is $360,475. The Bucios claim itself, is in excess of this limit. 11 USC§109(e).

## VII. THE BUCIOS REQUEST A WRITTEN REPORT

The financial condition and operation of a business must be investigated and a report filed. 11 USC §1302(c); 11 USC §1106(a)(4).

PREMISES CONSIDERED, WHEREFORE MAURO BUCIOS AND HILDA BUCIO pray:

a. That the Court DENY confirmation of the Debtor Mario Roberto Juarez's plan and to dismiss the case, or in the alternative, to convert the case to one under Chapter 7;

b. That upon a hearing of this matter, the Court deny the discharge of the debtors, and;

c. For such other and further relief as the Court may deem proper.

Dated: February 21, 2013        RESPECTFULLY SUBMITTED,

**LAW OFFICE OF JAMES MARTINEZ**

JAMES MARTINEZ
Attorneys for Creditors
1611 Telegraph Avenue, Suite 720
Oakland, CA 94612
(510) 444-7700