B6D (Official Form 6D) (12/07)

In re **Mario Roberto Juarez**, Case No. **13-40355**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 5992 <br><br> Internal Revenue Service <br> Centralized Insolvency Operations <br> P.O. Box 7346 <br> Philadelphia, PA 19101-7346 | - | | 2006-2008 <br><br> Tax Lien <br><br> Personal Property <br><br> Value $ 166,795.27 | | | | 166,795.27 | 0.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

**0** continuation sheets attached

Subtotal (Total of this page)    **166,795.27**    **0.00**

Total (Report on Summary of Schedules)    **166,795.27**    **0.00**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

.

In re **Mario Roberto Juarez**, Case No. **13-40355**
          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**1** continuation sheets attached

In re **Mario Roberto Juarez**, Case No. **13-40355**
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 5922<br>**Franchise Tax Board**<br>**Special Procedures**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | - | | **2003-2004 & 2007**<br>**Back Taxes** | | | | 5,779.98 | | 5,779.98 |
| | | | | | | | 5,779.98 | 0.00 | |
| Account No.<br>**Franchise Tax Board**<br>**1515 Clay Street #3N-305**<br>**Oakland, CA 94612** | | | **Additional Notice:**<br>**Franchise Tax Board** | | | | Notice Only | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 5,779.98 | 5,779.98 0.00 |
| Total<br>(Report on Summary of Schedules) | 5,779.98 | 5,779.98 0.00 |

In re   **Mario Roberto Juarez**  ,    Case No.   **13-40355**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **NA**<br><br>**American Frist Corporation**<br>5450 Thornwood Drove Suite P<br>San Jose, CA 95123 | | - | 2009<br>Prior brokers - subject to indemnification agreements | | | | 100.00 |
| Account No. **xxxx-xxxx-xxxx-6364**<br><br>**Applied Bank**<br>P.O. Box 11170<br>Wilmington, DE 19850 | | - | 2010<br>Notice Only | | | | 0.00 |
| Account No. **xxxxxx5774**<br><br>**Ashraf Chandry and Laura Thompson**<br>c/0 Law Office of Edwin Sinman<br>220 Bush Street #1600<br>San Francisco, CA 94104 | | - | 2007<br>Judgement | | | | 67,000.00 |
| Account No. **NA**<br><br>**Bay 2 Office Solutions**<br>720 Montague Expressway<br>Milpitas, CA 95035 | | - | 2011<br>Business Debt | | | | 4,000.00 |
| __7__ continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 71,100.00 |

In re **Mario Roberto Juarez**, Case No. **13-40355**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2246** <br><br> **Bay Area Credit Services** <br> **PO Box 5307** <br> **San Jose, CA 95150** | | - | **2012** <br> **Business Debt** | | | | 200.00 |
| Account No. **NA** <br><br> **California Labor Commissioner** <br> **1515 Clay Street #801** <br> **Oakland, CA 94612** | | - | **2012** <br> **Settlement** | | | | 2,200.00 |
| Account No. **xxxxxx8094** <br><br> **Carlos Madrigal** <br> **1036 30th Street** <br> **Emeryville, CA 94608** | | - | **2008** <br> **Lawsuit for $50,000.00 stopped by automatic stay** | X | X | | 50,000.00 |
| Account No. <br><br> **Law Office of James Martinez** <br> **1611 Telegraph Avenue** <br> **Oakland, CA 94612** | | | **Additional Notice:** <br> **Carlos Madrigal** | | | | Notice Only |
| Account No. **NA** <br><br> **Cecilia Mendez** <br> **1079 Sausalito Way** <br> **Tracy, CA 95377** | | - | **2012** <br> **Potential claim being filed against debtor** | | | | Unknown |

Sheet no. **1** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 52,400.00

In re **Mario Roberto Juarez**, Case No. **13-40355**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **NA** <br><br> **Dr. Helena Caballero, DDS** <br> **2500 central Avenue** <br> **Alameda, CA 94501** | - | | 2012 <br> Personal Debt | | | | 1,200.00 |
| Account No. **xxxxxxxxxxxx4975** <br><br> **First National Bank** <br> **500 E 60th Street N** <br> **Sioux Falls, SD 57104** | - | | 2007 <br> Business Debt | | | | 348.00 |
| Account No. **xxxx-xxxx-xxxx-4311** <br><br> **First Premier Bank** <br> **900 Delaware Avenue #7** <br> **Sioux Falls, SD 57104** | - | | 2007 <br> Business Debt | | | | 648.00 |
| Account No. <br><br> **Asset Acceptance** <br> **PO Box 407** <br> **Saint Clair, MN 56080** | | | Additional Notice: <br> First Premier Bank | | | | Notice Only |
| Account No. **NA** <br><br> **Folden Enterprises, Inc.** <br> **2111 Lincoln Avenue** <br> **San Jose, CA 95125** | - | | 2008 <br> Prior brokers - subject to indemnification agreements | | | | 15,000.00 |

Sheet no. __2__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **17,196.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Mario Roberto Juarez**, Case No. **13-40355**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **NA** <br><br> **Hilda Gomez** <br> **2328 Fruitvale Avenue** <br> **Oakland, CA 94601** | | - | **2007** <br> **Potential claim being filed against debtor, claim subject to offset** | | | | **Unknown** |
| Account No. **x0671** <br><br> **Home and Lifestyle** <br> **11626 N. tracey Road** <br> **Hayden, ID 83835** | | - | **2011** <br> **Business Debt** | | | | **206.26** |
| Account No. **xxx4358** <br><br> **Hong Jaqueline Gardner** <br> **632 Via Rialto Road** <br> **Oakland, CA 94619** | | - | **2012** <br> **Settlement** | | | | **2,000.00** |
| Account No. **xxxxxxxx1178** <br><br> **HSBC Bank** <br> **1441 Schilling Place** <br> **Salinas, CA 93901** | | - | **2007** <br> **Business Debt** | | | | **1,200.00** |
| Account No. **5922** <br><br> **Internal Revenue Service** <br> **Centralized Insolvency Operations** <br> **P.O. Box 7346** <br> **Philadelphia, PA 19101-7346** | | - | **NA** <br> **2012** | | | | **100.00** |

Sheet no. **3** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **3,506.26**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mario Roberto Juarez**                                        ,   Case No.  **13-40355**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Attorney General of the United States**<br>**Dept of Justice Civil Trial Section**<br>**PO Box 683**<br>**Ben Franklin Station**<br>**Washington, DC 20044** | | | **Additional Notice:**<br>**Internal Revenue Service** | | | | **Notice Only** |
| Account No.<br><br>**Internal Revenue Service**<br>**Special Procedures Section**<br>**1301 Clay Street, Stop 1400S**<br>**Oakland, CA 94612** | | | **Additional Notice:**<br>**Internal Revenue Service** | | | | **Notice Only** |
| Account No.<br><br>**United States Attorney**<br>**Attn: Chief Tax Division**<br>**450 Golden Gate Ave., Bod 36055**<br>**San Francisco, CA 94102** | | | **Additional Notice:**<br>**Internal Revenue Service** | | | | **Notice Only** |
| Account No. **NA**<br><br>**Isabel Garcia Monge**<br>**1301 Seminary Avenue**<br>**Oakland, CA 94621** | | - | **2010**<br>**Potential claim being filed against debtor** | | | | **Unknown** |
| Account No. **NA**<br><br>**Kathy Neal**<br>**620 Lasalle #240**<br>**Oakland, CA 94609** | | - | **2012**<br>**Potential claim being filed against debtor** | | | | **Unknown** |

Sheet no. **4** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

Case: 13-40355   Doc# 42   Filed: 04/03/13   Entered: 04/03/13 10:16:35   Page 8 of 12
Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

In re **Mario Roberto Juarez**, Case No. **13-40355**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **NA** <br><br> **Law Office of Richard Taguinod** <br> **4115 Blackhawk Plaza Circle #100** <br> **Danville, CA 94506** | | - | **2012** <br> **Attorney Fees** | | | | **400.00** |
| Account No. **NA** <br><br> **Mark Crespillo** <br> **535 Menlo Drive Suite A** <br> **Rocklin, CA 95765** | | - | **2008** <br> **Prior brokers being sued debtor has indemnification agreements** | | | | **Unknown** |
| Account No. **NA** <br><br> **Mark Folden** <br> **211 Lincoln Avenue** <br> **San Jose, CA 95125** | | - | **2008** <br> **Prior brokers - subject to indemnification agreements** | | | | **Unknown** |
| Account No. **NA** <br><br> **Mary Pizzimenti** <br> **5311 Hawkhaven Court** <br> **Rocklin, CA 95765** | | - | **2011** <br> **Prior brokers - subject to indemnification agreements** | | | | **Unknown** |
| Account No. **xxxxxx2432** <br><br> **Mauro and Hilda Bucio** <br> **2630 Havenscourt Blvd** <br> **Oakland, CA 94605** | | - | **2007** <br> **Lawsuit for $190,000.00 stopped by automatic stay** | | | X | **139,000.00** |

Sheet no. **5** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **139,400.00**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Mario Roberto Juarez**, Debtor

Case No. **13-40355**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Law Office of James Martinez<br>1611 Telegraph Avenue<br>Oakland, CA 94612 | | | Additional Notice:<br>Mauro and Hilda Bucio | | | | Notice Only |
| Account No. **xxxx-xxxx-xxxx-4311**<br><br>New Millenium Bank<br>57 Livingtson Avenue<br>New Brunswick, NJ 08901 | | - | 2008<br>Business Debt | | | | 698.00 |
| Account No. **NA**<br><br>Norine BT Lam<br>PO Box 391431<br>Mountain View, CA 94039 | | - | 2012<br>Prior brokers - subject to indemnification agreements | | | | Unknown |
| Account No. **NA**<br><br>Pizzimenti Homes and Associates, Inc.<br>FKA Pizzimenti Hill & Associates, Inc.<br>5311 Hawkhaven Court<br>Rocklin, CA 95765 | | - | 2011<br>Prior brokers - subject to indemnification agreements | | | | Unknown |
| Account No. **NA**<br><br>Realty First Real Estate and Mortgage Se<br>535 Menlo Drive Suite A<br>Rocklin, CA 95765 | | - | 2008<br>Prior brokers - subject to indemnification agreements | | | | Unknown |

Sheet no. **6** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **698.00**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re  **Mario Roberto Juarez**                                     ,   Case No.   **13-40355**
                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **NA**<br><br>**Rossana Eyvaznejad**<br>**5450 Thornwood Drive Suite P**<br>**San Jose, CA 95123** | | - | **2009**<br>**Prior brokers - subject to indemnification agreements** | | | | **Unknown** |
| Account No. **NA**<br><br>**Sam Ye**<br>**17 Loma Vista Lane**<br>**Burlingame, CA 94010** | | - | **2010**<br>**Notice Only** | | | | **0.00** |
| Account No. **NA**<br><br>**Sergio Garcia**<br>**11050 Apricot Street**<br>**Oakland, CA 94603** | | - | **2010**<br>**Potential claim being filed against debtor** | | | | **Unknown** |
| Account No. **xxxxxx2898**<br><br>**Thomas Frank Architects**<br>**3121 College Avenue #3**<br>**Berkeley, CA 94705** | | - | **2009**<br>**Lawsuit** | | | | **10,000.00** |
| Account No. **xxxxxxxxxxxxx9307**<br><br>**Trojan Professionals**<br>**PO box 1270**<br>**Los Alamitos, CA 90720** | | - | **2012**<br>**Business Debt** | | | | **1,300.00** |

Sheet no.  **7**   of  **7**   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **11,300.00**

Total (Report on Summary of Schedules)   **295,600.26**

# United States Bankruptcy Court
## Northern District of California

In re  **Mario Roberto Juarez**                                          Case No.  **13-40355**
                                    Debtor(s)                              Chapter   **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __30__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 3, 2013**                    Signature  **/s/ Mario Roberto Juarez**
                                                     **Mario Roberto Juarez**
                                                     Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.