Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton, CA 94588-4588
(925) 621- 1900

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Mario Roberto Juarez

Chapter 13 Case No. 13-40355-RLE13

debtor(s)

**DECLARATION REGARDING DEFAULT OF STIPULATION AND REQUEST FOR ORDER OF DISMISSAL**

Comes now Martha G. Bronitsky, Chapter 13 Trustee in the above captioned matter, and requests that the above captioned case be dismissed for cause and upon the following:

**DECLARATION REGARDING DEFAULT**

The Trustee filed a Motion to Dismiss for failure to make plan payments on May 23, 2014 (doc#73).

The Debtor(s) was in default $7,020.00.

The Debtor(s) and Trustee entered into a Stipulation on to cure plan payments ("stipulation") on May 23, 2014 (doc# 74).

The stipulation states the following: INCREASE PAYMENT TO $4095 FOR 18 MONTHS EFFECTIVE MAY OF 2014.

The Court entered an Order approving the stipulation on: May 30, 2014 (doc# 75).

The Debtor(s) made the following payments subsequent to the stipulation: JUNE 6 $4095, JULY 11 $4090, AUGUST 1 $4095.

1     The Debtor(s) is delinquent: $8780.00, under the terms of the stipulation.

2

3     The Debtor(s) is delinquent: $12,290.00, under the terms of the confirmed plan.

4     Wherefore, I declare under penalty of perjury that the foregoing is true and correct.

5 Executed this date in Pleasanton, California.

6

Date: September 03, 2014            /s/ Martha G. Bronitsky

7                                                  Signature of Martha G. Bronitsky

8                                                  Chapter 13 Standing Trustee