Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
(925) 621- 1900
13trustee@oak13.com

Trustee for Debtor(s)

The following constitutes
the order of the court. Signed September 3, 2014

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re
Mario Roberto Juarez

Debtors(s)

Chapter 13 Case Number:
13-40355-RLE13

In Proceedings Under
Chapter 13 of the
Bankruptcy Code

**ORDER OF DISMISSAL AFTER DEFAULT OF STIPULATION TO CURE**

Upon consideration of the declaration dated September 03, 2014 of Martha G. Bronitsky, Chapter 13 Standing Trustee, filed with this Court attesting to the default of debtor(s) under the terms of the plan; upon the continuing default of the debtor. The Court being satisfied that the debtor(s) entered into a Stipulation with the Trustee and subsequently defaulted on that Stipulation, and upon good cause shown,

IT IS THEREFORE ORDERED that the above-referenced case be dismissed, and that any restraining orders heretofore entered in this case are hereby vacated. The Trustee shall submit at a later date her Trustee's Final Report for approval by the Court.

END OF ORDER

|    | COURT SERVICE LIST |    |
|----|---|---|
| 1  | | |
| 2  | Mario Roberto Juarez<br>1241 High Street<br>Oakland, CA  94601 | Sally J Elkington Atty<br>409 - 13Th Street 10Th Fl<br>Oakland, CA  94612 |
| 3  | | |
| 4  | (Debtor) | (Counsel for Debtor) |
| 5  | Alameda Co/Dept Child Support<br>393 - 13Th Street<br>Oakland, CA  94612 | Alameda County Dept Child Support Srvs<br>5669 Gibraltar Dr<br>Pleasanton, CA  94588-8547 |
| 6  | | |
| 7  | Alameda Dcss<br>5669 Gibralter Dr<br>Pleasanton, CA  94588-8547 | Alcala Fernando<br>2324 Ransom Ave<br>Oakland, CA  94601 |
| 8  | | |
| 9  | Alvarado Duenas<br>1351 - 91St Avenue<br>Oakland, CA  94603 | American Frist Corporation<br>5450 Thornwood Drove Suite P<br>San Jose, CA  95123 |
| 10 | | |
| 11 | American Infosource C/O Midland Funding<br>Po Box 268941<br>Oklahoma City, OK  73126 | American Infosource Lp As Agent For<br>Midland Funding Llc<br>Po Box 268941<br>Oklahoma City, OK  73126-8941 |
| 12 | | |
| 13 | Araceli Lopez<br>, CA | Ascent Property Solutions Llc<br>17208 Via Alamitos<br>Fremont, CA  94538 |
| 14 | | |
| 15 | Asset Acceptance Llc<br>Po Box 2036<br>Warren, MI  48090-2036 | Asset Acceptance<br>Po Box 407<br>Saint Clair, MN  56080 |
| 16 | | |
| 17 | Bah Joy Llc<br>1762 School Ave<br>Stockton, CA  95205 | Bay 2 Office Solutions<br>720 Montague Expressway<br>Milpitas, CA  95035 |
| 18 | | |
| 19 | Bay Area Credit Services<br>Po Box 5307<br>San Jose, CA  95150 | Best Investment One Llc<br>1230 - 75Th Avenue<br>Oakland, CA  94621 |
| 20 | California Labor Commissioner<br>1515 Clay Street #801<br>Oakland, CA  94612 | Carlos Madrigal<br>1036 30Th Street<br>Emeryville, CA  94608 |
| 21 | | |
| 22 | Cecilia Mendez<br>1079 Sausalito Way<br>Tracy, CA  95377 | Cirnelio And Martha Barragan<br>2324 Ransom Ave<br>Oakland, CA  94601 |
| 23 | | |
| 24 | Claudia Fragoso<br>1211 - 103Rd Avenue<br>Oakland, CA  94603 | Dept Of Child Support Svces C/O Ca State Disb Unit<br>Po Box 989067<br>W Sacramento, CA  95798-9067 |
| 25 | | |
| 26 | Edd<br>Po Box 826880 Mic 92E<br>Sacramento, CA  94280-0001 | Edith Solorzano<br>854 - 37Th Street<br>Emeryville, CA  94608 |

# COURT SERVICE LIST

| | |
|---|---|
| Eduardo T<br>1221 - 103Rd Avenue<br>Oakland, CA  94603 | Edwin J Zinman<br>220 Bush St #1611<br>San Francisco, CA  94104 |
| First National Bank<br>500 E 60Th Street N<br>Sioux Falls, SD  57104 | Flor Morales & Jaime Rodriguez<br>733 Juana Avenue<br>San Leandro, CA  94577 |
| Folden Enterprises, Inc.<br>2111 Lincoln Avenue<br>San Jose, CA  95125 | Franchise Tax Board<br>1515 Clay Street #3N-305<br>Oakland, CA  94612 |
| Franchise Tax Board<br>Po Box 2952<br>Sacramento, CA  95812-2952 | Francisco R<br>2527 Havenscourt<br>Oakland, CA  94603 |
| Gloria Johnson<br>2323 Curtis St<br>Berkeley, CA  94702 | Helena Caballero Dds Inc<br>2500 Central Ave<br>Alameda, CA  94501 |
| Hilda Gomez<br>2328 Fruitvale Avenue<br>Oakland, CA  94601 | Home And Lifestyle<br>11626 N Tracey Rd<br>Hayden, ID  83835 |
| Hong Jaqueline Gardner<br>632 Via Rialto Road<br>Oakland, CA  94619 | Imelda Sibrian<br>401 Silverdale Dr<br>Pomona, CA  91767 |
| Isabel Garcia Monge<br>1301 Seminary Avenue<br>Oakland, CA  94621 | Ismael Del Toro<br>1230 - 75Th Avenue<br>Oakland, CA  94621 |
| Jose Aguilar<br>1351 - 91St Avenue<br>Oakland, CA  94603 | Jose And Isabel Espinoza<br>1451 - 29Th Avenue<br>Oakland, CA  94601 |
| Jose Baldillo<br>1451 - 29Th Avenue<br>Oakland, CA  94601 | Jose G B P<br>854 - 37Th Street<br>Emeryville, CA  94608 |
| Jose Hidalgo<br>3337 Jaime Way<br>Hayward, CA  94541 | Juan Lares<br>2527 Havenscourt Blvd<br>Oakland, CA  94603 |
| Julia Kim<br>Bay Coin Laundry<br>6447 International Blvd #D<br>Fremont, CA  94538 | Kathy Neal<br>620 Lasalle #240<br>Oakland, CA  94609 |
| Law Office Of James Martinez<br>2340 Powell St #317<br>Emeryville, CA  94608 | Law Office Of Richard Taguinod<br>4115 Blackhawk Plaza Circle #100<br>Danville, CA  94506 |

| | |
|---|---|
| **COURT SERVICE LIST** | |
| Mark Crespillo<br>535 Menlo Drive Suite A<br>Rocklin, CA  95765 | Mark Folden<br>211 Lincoln Avenue<br>San Jose, CA  95125 |
| Marlin Soto<br>5601 Harmon Ave<br>Oakland, CA  94621 | Mary C Sheard<br>1102 - 69Th Avenue<br>Oakland, CA  94621 |
| Mary Pizzimenti<br>5311 Hawkhaven Court<br>Rocklin, CA  95765 | Mauro And Hilda Bucio<br>2630 Havenscourt Blvd<br>Oakland, CA  94605 |
| Mirella And Javier Ramirez<br>5601 Harmon Ave<br>Oakland, CA  94621 | Moises Henderson<br>1606 - 57Th Avenue<br>Oakland, CA  94621 |
| New Millenium Bank<br>57 Livingtson Avenue<br>New Brunswick, NJ  08901 | Norine Lam<br>Po Box 391431<br>Mountain View, CA  94039-1431 |
| Pacific Bell Telephone C/O At&T Svcs<br>1 At&T Way #3A231<br>Bedminster, NJ  07921 | Patricia Williams<br>2025 Gordon Verner Cir<br>Stockton, CA  95206 |
| Pizzimenti Homes And Associates, Inc.<br>Fka Pizzimenti Hill & Associates, Inc.<br>5311 Hawkhaven Court<br>Rocklin, CA  95765 | Quantum3 Group Llc/Moma Funding Llc<br>Po Box 788<br>Kirkland, WA  98083-0788 |
| Realty First Real Estate And Mortgage Se<br>535 Menlo Drive Suite A<br>Rocklin, CA  95765 | Ronald Talley<br>2471 Crocker Way<br>Antioch, CA  94531 |
| Rossana Eyvaznejad<br>5450 Thornwood Drive Suite P<br>San Jose, CA  95123 | Sam Ye<br>17 Loma Vista Lane<br>Burlingame, CA  94010 |
| Sergio Garcia<br>11050 Apricot Street<br>Oakland, CA  94603 | Teresa Littlejohn<br>2025 Gordon Verner Cir<br>Stockton, CA  95206 |
| Thomas Frank Architects<br>3121 College Avenue #3<br>Berkeley, CA  94705 | Trojan Professionals<br>Po Box 1270<br>Los Alamitos, CA  90720 |
| United States Treasury<br>Po Box 7346<br>Philadelphia, PA  19101-7346 | Veroinca Escobar Ramirez<br>337 Jamie Way<br>Hayward, CA  94541 |
| Walter Flores<br>401 Silverdale Dr<br>Pomona, CA  91767 | Wu Quing<br>166 Lois Ct<br>Pleasant Hill, CA  94523 |

# COURT SERVICE LIST

Xochitl Vasquez
1336 Thomasnell
Ceres, CA  95307

Yok Moi V Sinn
1762 School Ave
Stockton, CA  95205