# Notice Recipients

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| tr | Martha G. Bronitsky | 13trustee@oak13.com |
| aty | James Martinez | jm@jamesmlaw.net |
| aty | Lewis Phon | lewisphon@att.net |
| aty | Sally J. Elkington | sally@elkingtonlaw.com |

                                                                                TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Mario Roberto Juarez          1241 High Street          Oakland, CA 94601
cr          Carlos Madrigal          Law Office of James Martinez          The Latham Square Building          1611 Telegraph
            Avenue          Suite 720          Oakland, CA 94612
cr          Hilda Bucio          Law Office of James Martinez          The Latham Square Building          1611 Telegraph
            Avenue          Suite 720          Oakland, CA 94612
cr          Mauro Bucio          Law Office of James Martinez          The Latham Square Building          1611 Telegraph
            Avenue          Suite 720          Oakland, CA 94612
cr          Ashraf Chaudhry and Laura Thomason          c/o Edwin J. Zinman          Law Offices Of Edwin J. Zinman          220
            Bush Street, Suite 1611          San Francisco, CA 94104−3518
aty          Edwin J. Zinman          Law Offices of Edwin J. Zinman          220 Bush St. #1611          San Francisco, CA
            94104−3518
13222448          Alameda DCSS          5669 Gibraltar Dr.          Pleasanton, CA 94588−8547
13237408          Alameda DCSS          California State Disbursement Unit          PO Box 989067          West Sacramento, CA
            95798
13069170          American Frist Corporation          5450 Thornwood Drove Suite P          San Jose, CA 95123
13082221          American InfoSource LP as agent for          Midland Funding LLC          PO Box 268941          Oklahoma City, OK
            73126−8941
13069172          Applied Bank          P.O. Box 11170          Wilmington, DE 19850
13069173          Ashraf Chaudhry and Laura Thomason          c/o Law Office of Edwin J. Zinman          220 Bush Street,
            #1611          San Francisco, CA 94104−3518
13069174          Asset Acceptance          PO Box 407          Saint Clair, MN 56080
13209542          Asset Acceptance LLC assignee FIRST PREMIER BANK          Po Box 2036          Warren MI 48090
13069175          Attorney General of the United States          Dept of Justice Civil Trial Section          PO Box 683          Ben Franklin
            Station          Washington, DC 20044
13096773          BAY 2 OFFICE SOLUTIONS          720 MONTAGUE EXPRESSWAY          MILPITAS, CA 95035
13069176          Bay Area Credit Services          PO Box 5307          San Jose, CA 95150
13069177          California Labor Commissioner          1515 Clay Street #801          Oakland, CA 94612
13188072          Carlos Madrigal          1036 30th Street          Emeryville, CA 94608
13261692          Carlos Madrigal          Law Office Of James Martinez          2340 Powell Street, #317          Emeryville, CA
            94608
13069178          Carlos Madrigal          c/o Law Offices Of James Martinez          The Latham Square Building          1611 Telegraph
            Avenue, Suite 720          Oakland, CA 94612
13069179          Cecilia Mendez          1079 Sausalito Way          Tracy, CA 95377
13096774          DR. HELENA CABALLERO, DDS          2500 CENTRAL AVENUE          ALAMEDA, CA 94501
13325153          Employment Development Dept.          Bankruptcy Group MIC 92E          POB 826880          Sacramento CA
            94280−0001
13069180          First National Bank          500 E 60th Street N          Sioux Falls, SD 57104
13069181          First Premier Bank          900 Delaware Avenue #7          Sioux Falls, SD 57104
13069182          Folden Enterprises, Inc.          2111 Lincoln Avenue          San Jose, CA 95125
13069183          Franchise Tax Board          1515 Clay Street #3N−305          Oakland, CA 94612
13069184          Franchise Tax Board          Bankruptcy Section MS A340          P.O. Box 2952          Sacramento, CA
            95812−2952
13096775          HOME and LIFESTYLE          11626 N. TRACEY ROAD          HAYDEN, ID 83835
13069186          HSBC Bank          1441 Schilling Place          Salinas, CA 93901
13201448          Helena Caballero D.D.S., Inc.          2500 Central Avenue          Alameda, CA 94501
13069184          Hilda Gomez          2328 Fruitvale Avenue          Oakland, CA 94601
13069185          Hong Jaqueline Gardner          632 Via Rialto Road          Oakland, CA 94619
13069168          Internal Revenue Service          Centralized Insolvency Operations          P.O. Box 7346          Philadelphia, PA
            19101−7346
13069187          Internal Revenue Service          Special Procedures Section          1301 Clay Street, Stop 1400S          Oakland, CA
            94612
13069188          Isabel Garcia Monge          1301 Seminary Avenue          Oakland, CA 94621
13069189          Kathy Neal          620 Lasalle #240          Oakland, CA 94609
13069190          Law Office of James Martinez          1611 Telegraph Avenue          Oakland, CA 94612
13069191          Law Office of Richard Taguinod          4115 Blackhawk Plaza Circle #100          Danville, CA 94506
13069192          Mark Crespillo          535 Menlo Drive Suite A          Rocklin, CA 95765
13069193          Mark Folden          211 Lincoln Avenue          San Jose, CA 95125
13069194          Mary Pizzimenti          5311 Hawkhaven Court          Rocklin, CA 95765

13261699 Mauro Bucio and Hilda Bucio          Law Office Of James Martinez          2340 Powell Street, #317          Emeryville, CA 94608
13069195 Mauro and Hilda Bucio          2630 Havenscourt Blvd          Oakland, CA 94605
13069196 New Millenium Bank          57 Livingtson Avenue          New Brunswick, NJ 08901
13069197 Norine BT Lam          PO Box 391431          Mountain View, CA 94039
13144403 Pacific Bell Telephone Company          % ATTServices, Inc          Karen Cavagnaro, Paralegal          One ATTWay, Room 3A231          Bedminster, NJ 07921
13069198 Pizzimenti Homes and Associates, Inc.          FKA Pizzimenti Hill &Associates, Inc.          5311 Hawkhaven Court          Rocklin, CA 95765
13142337 Quantum3 Group LLC as agent for          MOMA Funding LLC          PO Box 788          Kirkland, WA 98083−0788
13069199 Realty First Real Estate and Mortgage Se          535 Menlo Drive Suite A          Rocklin, CA 95765
13069200 Rossana Eyvaznejad          5450 Thornwood Drive Suite P          San Jose, CA 95123
13069201 Sam Ye          17 Loma Vista Lane          Burlingame, CA 94010
13069202 Sergio Garcia          11050 Apricot Street          Oakland, CA 94603
13069203 Tomas Frank          DBA Frank Architects          3121 College Avenue #3          Berkeley, CA 94705
13069204 Trojan Professionals          PO box 1270          Los Alamitos, CA 90720
13069205 United States Attorney          Attn: Chief Tax Division          450 Golden Gate Ave., Bod 36055          San Francisco, CA 94102

TOTAL: 57